# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| SA ACQUISITION PROPERTY XXV, LLC, a Colorado limited liability company,<br><br>    Plaintiff,<br><br>    vs.<br><br>VINCENT A. LAGRANGE, an individual, and PAULA J. LAGRANGE, an individual,<br><br>    Defendants. | Case No. 8:18-cv-02203-JLS-ADS<br><br>**JUDGMENT AGAINST DEFENDANTS VINCENT A. LAGRANGE AND PAULA J. LAGRANGE** |

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Defendants VINCENT A. LAGRANGE and PAULA J. LAGRANGE have, by failing to answer or otherwise appear in this action, admitted to the allegations of the Complaint, and JUDGMENT is entered in favor of Plaintiff SA ACQUISITION PROPERTY XXV, LLC and against Defendants VINCENT A. LAGRANGE and

PAULA J. LAGRANGE as follows:
1. $549,507.12 in damages, inclusive of pre-judgment interest;
2. Post-judgment interest, from the date of this Judgment, in accordance with 28 U.S.C. § 1961(a);
3. $14,590.14 in attorneys' fees; and
4. Eligible litigation costs upon an Application to the Clerk to Tax Costs pursuant to Local Rule 54-2 and 54-3.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

IT IS SO ORDERED.

DATED: April 22, 2019

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE